IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SCOTT MAGEE, on behalf of himself and other persons similarly situated,<br><br>    Plaintiff,<br>v.<br><br>HORNAK, INC.,<br><br>    Defendant. | CIVIL ACTION NO 17-16843<br><br>JUDGE<br>NANNETTE JOLIVETTE BROWN<br><br>MAG. JUDGE<br>DANIEL E. KNOWLES, III |

### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, please take notice that Plaintiff Scott Magee voluntarily dismisses this action against Defendant Hornak, Inc. without prejudice. Voluntary dismissal is appropriate at this time because Defendant Hornak, Inc. has not yet filed either an answer or motion for summary judgment.

*Respectfully submitted:*

*/s/ Jonathan Mille Kirkland*
Roberto Luis Costales
William H. Beaumont
Emily A. Westermeier
Jonathan Mille Kirkland
BEAUMONT COSTALES LLC
3801 Canal Street, Suite 207
New Orleans, LA 70119
Telephone: (504) 534-5005
*jmk@beaumontcostales.com*

## CERTIFICATE OF SERVICE

I hereby certify that on March 7, 2018, a copy of the above and foregoing *Notice* has been forwarded to the defendant via U.S. Mail.

*/s/ Jonathan Mille Kirkland*